UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | |
|---|---|
| **JEREMY DEWAYNE FOSTER** | **CIVIL ACTION NO. 24-0401** |
| **VS.** | **SECTION P** |
| | **JUDGE TERRY A. DOUGHTY** |
| **LONNIE NEIL, ET AL.** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge [Doc. No. 18] having been considered, together with the written objection [Doc. No. 23] filed by Plaintiff Jeremy Dewayne Foster ("Plaintiff"), and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the following claims are **DISMISSED WITH PREJUDICE** as frivolous and for failing to state claims on which relief may be granted: Plaintiff Jeremy Dewayne Foster's claims against Warden Lonnie Neil, Colonel Roderick Malcolm, and Kristen Harper; Plaintiff's official capacity claims against Lieutenant Grier, Sergeant Stanley, Sergeant Mack, and Sergeant Curtis Harper; and Plaintiff's requests to prosecute defendants and terminate their employment.

MONROE, LOUISIANA, this 24th day of June 2024.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE