UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| **JEREMY DEWAYNE FOSTER #609509** | **CASE NO. 5:24-CV-00401 SEC P** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **LONNIE NEIL ET AL** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

## ORDER

Considering the foregoing *pro se* Motion [Doc. No. 26] filed by Jeremy Foster ("Foster"),

**IT IS ORDERED** that the Motion is **DENIED**. The plaintiff does not cite any agreement with any defendant to arbitrate. *See Mitsubishi Motors Corp. v. Soler Chrysler-Plymouth, Inc.*, 473 U.S. 614, 626 (1985) ("[T]he first task of a court asked to compel arbitration of a dispute is to determine whether the parties agreed to arbitrate that dispute."). To the extent he moves for a writ of mandamus, the Motion is further **DENIED**. "The district courts shall have original jurisdiction of any action in the nature of mandamus to compel an officer or employee of the United States or any agency thereof to perform a duty owed to the plaintiff." 28 U.S.C. § 1361. Here, however, defendants are not officers or employees of the United States or any agency thereof.

MONROE, LOUISIANA, this 28th day of June 2024.

_____
Terry A. Doughty
United States District Judge