# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# SHREVEPORT DIVISION

| | |
|---|---|
| **JEREMY DEWAYNE FOSTER** | **CIVIL ACTION NO. 24-0401** |
| | **SECTION P** |
| **VS.** | |
| | **JUDGE TERRY A. DOUGHTY** |
| **LONNIE NEIL, ET AL.** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge [Doc. No. 38] having been considered, together with the Objection [Doc. No. 39] thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Defendants' Motion to Dismiss [Doc. No. 33] for failure to state a claim on which relief can be granted is **GRANTED** and that Plaintiff Jeremy Dewayne Foster's remaining claims are **DISMISSED WITHOUT PREJUDICE** for failure to exhaust administrative remedies, but **WITH PREJUDICE** for purposes of proceeding in forma pauperis under 28 U.S.C. § 1915.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Defendants' Motion to Dismiss [Doc. No. 33] for lack of subject-matter jurisdiction is **DENIED**.

MONROE, LOUISIANA, this 10th day of December 2024.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE